In the Matter of the Petition of GEORGE HILLIARD, Special Deputy Commissioner of Excise, Appellant, *v.* ANNIE GIESE, Respondent.

*Matter of Hilliard*, 25 App. Div. 222, affirmed.
(Submitted April 19, 1898; decided May 3, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 3, 1898, reversing an order of Special Term granting an injunction.

*N. N. Stranahan* and *Alfred R. Page,* for appellant.

*Arthur Furber* and *Charles L. Hoffman* for respondent.

Order affirmed, with costs; no opinion.
All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH A. MEYER, Appellant, *v.* THEODORE ROOSEVELT et al., Police Commissioners of the City of New York, Respondents.

*People ex rel. Meyer* v. *Roosevelt,* 23 App. Div. 514, affirmed.
(Argued April 19, 1898; decided May 3, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 27, 1897, affirming on certiorari the proceedings of the police commissioners of the city of New York in dismissing relator from the police force.

*Louis J. Grant* for appellant.

*Theodore Connoly* and *Terence Farley* for respondents.

Order affirmed, with costs; no opinion.
All concur, except O'BRIEN and VANN, JJ., dissenting.